1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  STACY WIESBROCK, CSBN 257920
7  Special Assistant United States Attorney
8       Social Security Administration
9       160 Spear St., Suite 800
        San Francisco, CA  94105
10      Telephone: (510) 970-4865
11      Facsimile: (415) 744-0134
        Email: stacy.wiesbrock@ssa.gov
12 Attorneys for Defendant
13               UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
14                     WESTERN DIVISION
15

16 EHAB GHATAS,                         )  No. 2:21-cv-01228-E
                                        )
17        Plaintiff,                    )
                                        )  [~~PROPOSED~~]
18        v.                            )  **JUDGMENT OF REMAND**
                                        )
19 KILOLO KIJAKAZI,[1]                  )
20 Acting Commissioner of Social        )
   Security,                            )
21                                      )
                                        )
22        Defendant.                    )
                                        )

23        The Court having approved the parties' Stipulation to Voluntary Remand

24 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

25 ("Stipulation") lodged concurrent with the lodging of the within Judgment of

26 Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

27

28

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  above-captioned action is remanded to the Commissioner of Social Security for

2  further proceedings consistent with the Stipulation to Remand.

3

4  DATED:   10/28/21                         /S/ CHARLES F. EICK

5                                            HON. CHARLES F. EICK
                                            UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28